David Homer TIDMORE, Appellant,

v.

UNITED STATES of America,
Appellee.

No. 22094.

United States Court of Appeals
Fifth Circuit.

May 17, 1965.

David Homer Tidmore, pro se.

Edward L. Shaheen, U. S. Atty., Charles E. Welsh, Asst. U. S. Atty., Shreveport, La., for appellee.

Before JONES and WISDOM, Circuit Judges, and BREWSTER, District Judge.

PER CURIAM:

This is an appeal from a denial of habeas corpus to a federal prisoner who is serving concurrent sentences for forgery and uttering of a United States treasury check in violation of 18 U.S.C. § 495.

The appellant's contentions on the merits of this appeal are identical with those he presented to the Tenth Circuit Court of Appeals in Tidmore v. Taylor, 10 Cir. 1963, 323 F.2d 88, certiorari denied 376 U.S. 954, 84 S.Ct. 973, 11 L.Ed.2d 973. For the reasons there stated, the judgment of the district court is

Affirmed.

UNITED STATES of America ex rel.
Susan KAISER, Appellant,

v.

Edna MAHAN, as Superintendent of the New Jersey Reformatory for Women.

UNITED STATES of America ex rel.
Harry J. KAISER, Appellant,

v.

Howard YEAGER, The Principal Keeper of the State Prison, Trenton, New Jersey.

Nos. 15154, 15155.

United States Court of Appeals
Third Circuit.

Argued May 7, 1965.

Decided May 17, 1965.

John J. Corcoran, Jr., Jersey City, N. J., for appellants.

Ronald J. Picinich, Asst. Prosecutor, Bergen County, Hackensack, N. J. (Guy W. Calissi, Bergen County Prosecutor, on the brief), for appellees.

Before KALODNER, HASTIE and FREEDMAN, Circuit Judges.

PER CURIAM.

On review of the record we find no error.

The Order of the District Court entered September 28, 1964 will be affirmed, D.C., 233 F.Supp. 1.